STATE of Missouri, Respondent,

v.

Keith HARDIN, Appellant.

No. WD 52729.

Missouri Court of Appeals, Western District.

June 30, 1997.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM:

Keith Hardin appeals from his conviction by jury of forcible sodomy, § 566.060, RSMo 1994 and armed criminal action, § 571.015, RSMo 1994. He was sentenced as a prior

---

and persistent offender to two consecutive terms of twelve and three years imprisonment, respectively.

The judgment is affirmed. Rule 30.15(b).